MONA W. ELLIOT v. BOARD OF REVIEW AND PITNEY, HARDIN, KIPP AND SZUCH.

March 29, 1985.

Petition for certification denied.

HERMAN S. MARMON v. THE TOWNSHIP OF EAST HANOVER, A MUNICIPAL CORPORATION AND POLITICAL SUBDIVISION OF THE STATE OF NEW JERSEY.

March 29, 1985.

Petition for certification denied.

MARIA G. ROSS v. JOHN MICHAEL ROSS.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT REDDICK.

March 29, 1985.

Petition for certification denied.